UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2024
SEPTEMBER 3, 2025 SESSION



**UNITED STATES OF AMERICA**

v.   CRIMINAL NO. 2:25-cr-00151
    18 U.S.C. § 641

**TANYA S. MACK**

## INDICTMENT

The Grand Jury Charges:

From on or about January 2, 2021, through on or about June 19, 2021, at or near Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, defendant TANYA S. MACK embezzled, stole, purloined, and knowingly converted to her use and the use of another, and without authority, disposed of any money and thing of value of the United States and of any department or agency thereof, and any property made or being made under contract for the United States and any department or agency thereof, that is, defendant TANYA S. MACK received federal pandemic unemployment compensation benefits of a value greater than $1,000 to which she knew she was not entitled.

In violation of Title 18, United States Code, Section 641.

## NOTICE OF FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C), and 28 U.S.C. § 2461.

Pursuant to 18 U.S.C. §§ 981(a)(1)(C), 28 U.S.C. § 2461 and Rule 32.2 of the Federal Rules of Criminal Procedure, upon conviction of the offense in violation of 18 U.S.C. § 641 and as set forth in the Indictment, defendant TANYA S. MACK shall forfeit to the United States of America, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation(s).

The property to be forfeited includes, but is not limited to, a money judgment in the amount of at least $7,500 such amount constituting the proceeds of violation set forth in this Indictment.

If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the court;
    d. has been substantially diminished in value; or

e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461.

LISA G. JOHNSTON
Acting United States Attorney

By: _____
JONATHAN T. STORAGE
Assistant United States Attorney